## UNITED STATES
### v.
### JOHN McDONELL AND WILLIAM JONES

1810

#### JOURNAL ENTRIES

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 298
2. Plea filed . . . . . . . . . . . . " 301
3. Argument heard . . . . . . . . . . " 323
4. Repleader awarded . . . . . . . . . " 329
5. New plea filed; demurrer; judgment . . . . . . " 329
6. Leave to withdraw letters and depositions . . . . . " 337

#### PAPERS IN FILE
[None]

## UNITED STATES
### v.
### JOHN McDONELL AND WILLIAM JONES

1810

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 298

#### PAPERS IN FILE
[None]